McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHIRLEY ANN CARTHLEDGE<br><br>　　　　　　Defendant. | 1:07-CR-0116-LJO<br><br>STIPULATION and ORDER TO<br>CONTINUE STATUS CONFERENCE |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Michael W. Berdinella, Attorney for Defendant, that the Status Conference presently set for March 21, 2008, at 9:00 a.m., may be continued to April 25, 2008, at 9:00 a.m.

　　　　The continuance is necessary due to Assistant United States Attorney Stanley A. Boone's being involved in a lengthy trial which did not allow for the prosecution to review materials submitted by the defendant during the trial. This provided material needs to be reviewed by the prosecution in order to assess whether the parties are proceeding towards a particular disposition or trial. The continuance to April 25, 2008, should allow sufficient time to review and investigate

//

1

the further materials submitted by the defendant and to have discussions with the defense and to make a proper assessment of the case.

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: March 18, 2008      By     /s/ Stanley A. Boone
                                  STANLEY A. BOONE
                                  Assistant U.S. Attorney

DATE: March 18, 2008       By     /s/ Michael W. Berdinella
                                  MICHAEL W. BERDINELLA
                                  Attorney for Shirley Ann Carthledge

**ORDER**

THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION.  THIS WILL BE THE LAST DELAY IN THE CASE.  ON APRIL 25, 2008 AT 9 A.M., THERE WILL EITHER BE A CHANGE OF PLEA OR AN IMMOVABLE TRIAL DATE SET.  THE COURT FINDS GOOD CAUSE TO CONTINUE THIS STATUS HEARING FOR THE LAST TIME, AND TO EXCLUDE TIME ON THE GROUNDS STATED.

IT IS SO ORDERED.

**Dated:   March 19, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE